UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Vorgitch,

                    Plaintiff(s),

v.                                     Case No. 2:21-cv-11657-NGE-EAS
                                                 Hon. Nancy G. Edmunds

City of Harper Woods, et al.,

                    Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Nancy G. Edmunds as follows:

- SCHEDULING CONFERENCE:  September 8, 2021 at 09:30 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**    Telelphone instructions will be provided under separate cover via email to the parties. **JOINT DISCOVERY PLAN TO BE FILED BY SEPTEMBER 1, 2021.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/L. Bartlett
                                                           Case Manager

Dated:  August 11, 2021