UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN VORGITCH,

       Plaintiff,                              No. 21-11657

v.                                              Honorable Nancy G. Edmunds

CITY OF HARPER WOODS, *et al.*,

       Defendants.
_____/

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

Plaintiff John Vorgitch brings this civil rights lawsuit against the City of Harper Woods; its Director of Public Safety, Vincent Smith; and its Acting City Manager, John Szymanski. Plaintiff alleges violations of the United States Constitution and 42 U.S.C. § 1983. He also brings state law claims of false light, intentional infliction of emotional distress, and defamation.

Since the parties to this matter are non-diverse, this Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994). Thus, pursuant to § 1367(c), all of Plaintiff's claims based on state law, including the claims found in Counts III, IV, and V of his complaint, are hereby DISMISSED WITHOUT PREJUDICE. The Court will retain jurisdiction over Plaintiff's federal claims only.

      SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: September 10, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 10, 2021, by electronic and/or ordinary mail.

            <u>s/Lisa Wagner for Lisa Bartlett</u>
            Case Manager