**21UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN M. VORGITCH,

       Plaintiff,

Case No. 21-11657
Honorable Nancy G. Edmunds
Magistrate Judge Elizabeth A. Stafford

v.

CITY OF HARPER WOODS, VINCENT SMITH,
Individually and in his capacity as Harper Woods
Director of Public Safety, and JOHN SZYMANSKI,
Individually and in his capacity as Harper Woods
Acting City Manager, Jointly and Severally,

       Defendants.

---

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that the above-entitled cause of action be dismissed with prejudice, and without costs, interest or attorney fees to either party.

By: */s/ Robert W. Palmer*
ROBERT W. PALMER  (P31704)
Attorney for Plaintiff
(248) 398-9800
rpalmer@pittlawpc.com

By: /s/*Audrey J. Forbush*
AUDREY J. FORBUSH (P41744)
Attorney for Defendants
(810) 342-7014
aforbush@plunkettcooney.com

1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN M. VORGITCH,

       Plaintiff,

Case No. 21-11657
Honorable Nancy G. Edmunds
Magistrate Judge Elizabeth A. Stafford

v.

CITY OF HARPER WOODS, VINCENT SMITH,
Individually and in his capacity as Harper Woods
Director of Public Safety, and JOHN SZYMANSKI,
Individually and in his capacity as Harper Woods
Acting City Manager, Jointly and Severally,

       Defendants.

## ORDER OF DISMISSAL

Upon the reading and filing of the foregoing stipulation of the parties; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause of action be and the same is hereby dismissed with prejudice, and without costs, interest, or attorney fees to either party.

**IT IS SO ORDERED.**

                                                s/ Nancy G. Edmunds
                                                NANCY G. EDMUNDS
                                                U.S. DISTRICT JUDGE

Dated: March 8, 2023